UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGNACOUSTICS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> INTEGRATED COMPUTER SOLUTIONS, INC. and PETER WINSTON, <br><br> Defendants. | Case No. 17 Civ. 04967 (JMA)(AKT) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| INTEGRATED SOLUTIONS, INC., <br><br> Plaintiff-in-Counterclaim, <br><br> - against - <br><br> MAGNACOUSTICS, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> ADMINISTRATOR FOR THE ESTATE OF WAYNE LEDERER, <br><br> Third-Party Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed with prejudice with respect to all claims alleged in the action including the claim(s) alleged against defendant/plaintiff-in-counterclaim Integrated Computer Solutions, Inc. and Peter Winston, against plaintiff/defendant-in-counterclaim Magnacoustics, Inc. and against third-party defendant

Administrator for the Estate of Wayne Lederer pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| SMITH BUSS & JACOBS, LLP | SICHENZIA ROSS FERENCE LLP |
| By: /s/ John J. Malley | By: /s/ Owen A. Kloter |
| John J. Malley, Esq.<br>*Attorneys for Plaintiff/Defendant-in-Counterclaim Magnacoustics, Inc. and Third-Party Defendant Administrator of the Estate of Wayne Lederer*<br>733 Yonkers Avenue, Suite 200<br>Yonkers, New York 10704<br>(914) 476-0600 | Owen A. Kloter, Esq.<br>*Attorneys for Defendants/Plaintiffs-in-Counterclaim Integrated Computer Solutions, Inc. and Peter Winston*<br>1185 Avenue of the Americas, 31st Floor<br>New York, New York 10036<br>(212) 981-6774 |
| Dated: August 26, 2022 | Dated: August 26, 2022 |